FILED*07 AUG 20 15:53 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PAMELA J. HILL, | ) | Civil No. 06-6167-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Plaintiff seeks judicial review of the final decision by the Commissioner of Social Security denying her claim for disability insurance benefits. On July 27, 2007, Magistrate Judge Clarke filed his Report and Recommendation (docket # 15), which recommended that the decision of the Commissioner be reversed, and the matter remanded for further administrative proceedings. Neither party has filed objections to that Recommendation.

The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I adopt the recommended result and the reasons given for it. In view of this disposition, however, I defer until another time consideration of the ALJ's findings regarding the claimant's credibility.

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 15) is adopted, as modified above.  The decision of the Commissioner is reversed, and the matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings as set forth in the Magistrate Judge's Report.

IT IS SO ORDERED.

DATED this ___20___ day of August, 2007.


_____
        Owen M. Panner
   United States District Judge

2 - ORDER