Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'07 SEP 04 13:56USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PAMELA J. HILL,

          Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

          Defendant.

Civil No. 1:06-CV-6167-CL

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $5575.88 in full settlement of all claims for fees under EAJA.  There are no other costs.

IT IS SO ORDERED this day of _____9/4_____, 2007

_____
U.S. District Judge

PRESENTED BY:

By:    /s/ DREW L. JOHNSON
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA